April 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE RIKU MELARTIN

## NO. 14-14-00926-CR

_____

      This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds that there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment of the court below is **REFORMED** to read as follows: Bond is set at $100,000 in case numbers 1371768, 1371769, 1392091, 1392092, 1392093, 1392094, 1392095, 1392096, and 1392097.

      We order the judgment **AFFIRMED** as **REFORMED**.

      We further order that the mandate be issued immediately.

      We further order this decision certified below for observance.